UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-367-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| PRINCE OBAMBO-BOBOYA | ) | |
| a/k/a "Prince Obambo" | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Indictment No. 5:19-CR-367-FL and the corresponding arrest warrant against the above-captioned defendant due to the following:

On September 10, 2019, the defendant was indicted on five counts, all relating to alleged false statements claiming to be a United States citizen on voter registration forms submitted on or about September 11, 2014 and again on or about August 20, 2016. [D.E. 5]. Since the original investigation and indictment, defense counsel provided the United States information indicating that the defendant lost his North Carolina driver's license in 2014 and 2016. Further, defense counsel provided a report from an expert in forensic document examination indicating that the author of the signatures on the voter registration forms submitted on or about September 11, 2014 and again on or about August 20, 2016 is not the defendant. Rather, the signatures on the voter registration forms appear to be an attempt to simulate the

signature of the defendant. A government expert in forensic document examination likewise could not conclude that the signatures found on the voter registration forms belonged to the defendant. Therefore, the United States is not confident sufficient evidence still exists to prove the case beyond a reasonable doubt.


MICHAEL F. EASLEY, JR.
United States Attorney

/s/ Bradford M. DeVoe
BRADFORD M. DEVOE
Assistant United States Attorney
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
E-mail: bradford.devoe@usdoj.gov
NC Bar Number 0032651


Leave of Court is granted for the filing of the foregoing dismissal.

________________________________
LOUISE W. FLANAGAN
United States District Judge

Date: ________________________